| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>CRAIG G. MARGULIES (SBN 185925)<br>JEREMY W. FAITH (SBN 190647)<br>NINA Z. JAVAN (SBN 271392)<br>**MARGULIES FAITH, LLP**<br>16030 Ventura Boulevard, Suite 470<br>Encino, CA  91436<br>Telephone:  (818) 705-2777<br>Facsimile:  (818) 705-3777<br>Email:  Craig@MarguliesFaithLaw.com<br>Email: Jeremy@MarguliesFaithLaw.com<br>Email: Nina@MarguliesFaithLaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:*  Proposed Attorneys for  Gospel Light Publications Chapter 11 Debtor and Debtor in Possession | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>NORTHERN</u> DIVISION**

| In re:<br><br>GOSPEL LIGHT PUBLICATIONS,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 9:15-bk-11586-PC<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion*[1]):<br>**EMERGENCY MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR AN ORDER:**<br>**(1) AUTHORIZING USE OF CASH COLLATERAL ON AN INTERIM BASIS PURSUANT TO CASH COLLATERAL AGREEMENT WITH SUPER G FUNDING, LLC;**<br>**(2) GRANTING REPLACEMENT LIENS;**<br>**(3) SCHEDULING A FINAL HEARING ON PERMANENT USE OF CASH COLLATERAL; AND (4) AFTER HEARING, AUTHORIZING USE OF CASH COLLATERAL** |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER GRANTING EMERGENCY MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR AN ORDER: (1) AUTHORIZING USE OF CASH COLLATERAL ON AN INTERIM BASIS PURSUANT TO CASH COLLATERAL AGREEMENT WITH SUPER G FUNDING, LLC; (2) GRANTING REPLACEMENT LIENS; (3) SCHEDULING A FINAL HEARING ON PERMANENT USE OF CASH COLLATERAL; AND (4) AFTER HEARING, AUTHORIZING USE OF CASH COLLATERAL** was lodged on (*date*) **August 14, 2015** and is attached.  This order relates to the motion which is docket number **7**.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT 1

CRAIG G. MARGULIES (SBN 185925)
JEREMY W. FAITH (SBN 190647)
NINA Z. JAVAN (SBN 271392)
**MARGULIES FAITH, LLP**
16030 Ventura Boulevard, Suite 470
Encino, CA  91436
Telephone:  (818) 705-2777
Facsimile:  (818) 705-3777
Email:  Craig@MarguliesFaithLaw.com
Email: Jeremy@MarguliesFaithLaw.com
Email: Nina@MarguliesFaithLaw.com

[Proposed] Attorneys for  Gospel Light Publications
Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION**

In re

GOSPEL LIGHT PUBLICATIONS,

Debtor and Debtor in Possession.

Case No.: 9:15-bk-11586-PC

Chapter:   11

**ORDER GRANTING EMERGENCY MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR AN ORDER:**

**(1) AUTHORIZING USE OF CASH COLLATERAL ON AN INTERIM BASIS PURSUANT TO CASH COLLATERAL AGREEMENT WITH SUPER G FUNDING, LLC;**

**(2) GRANTING REPLACEMENT LIENS;**

**(3) SCHEDULING A FINAL HEARING ON PERMANENT USE OF CASH COLLATERAL; AND**

**(4) AFTER HEARING, AUTHORIZING USE OF CASH COLLATERAL**

Hearing Date:
Date:         August 13, 2015
Time:        10:30 a.m.
Place:        U.S. Bankruptcy Court
                 1415 State Street, Ctrm. 201
                 Santa Barbara, CA 93101

Upon the motion (the "Cash Collateral Motion", Dkt. No. 7)[1] of Debtor and Debtor in Possession Gospel Light Publications (the "Debtor") for entry of an order, pursuant to section 363(c)(2)(B) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 4001(b) of the Federal Rules of Bankruptcy Procedure (F.R.B.P.), and Rule 4002-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California (L.B.R.), for an emergency order (1) authorizing use of cash collateral on an interim basis pursuant to the "Loan Restructure, Discount Payoff and Cash Collateral Agreement" with Super G Funding, LLC ("Super G") that is attached as **Exhibit "1"** to the Cash Collateral Motion (the "Cash Collateral Agreement"), (2) approving the Cash Collateral Agreement; (3) granting Super G replacement liens in property of the estate; and (4) setting a hearing for final approval of cash collateral use by the Debtor; on the basis that the Court has jurisdiction to consider the Cash Collateral Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; on the basis that consideration of the Cash Collateral Motion and the relief requested is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); on the basis that due and proper notice of the Cash Collateral Motion has been provided and no other or further notice is necessary; the Court having reviewed the Cash Collateral Motion and having held a hearing thereon (the "Hearing"); the Court having found and determined that the relief sought in the Cash Collateral Motion is in the best interest of the Debtor, its estate and creditors, and all parties in interest, and that the legal and factual bases set forth in the Cash Collateral Motion, the "Declaration of Dave Thornton, Chief Executive Officer, in Support of Emergency First Day Motions", and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Cash Collateral Motion is **GRANTED** on an interim basis, pursuant to the terms and conditions set forth in this Interim Order and any objections thereto

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Cash Collateral Motion.

that have not previously been withdrawn are overruled. This Interim Order is valid immediately and fully effective upon its entry.

2. The Cash Collateral Agreement attached as **Exhibit "1"** to the Cash Collateral Motion is approved, subject to the adjustment in Paragraph 5 of this Order. The Debtor may use Cash Collateral and shall pay its ordinary and necessary business expenses for the period from the Petition Date through and including a final hearing (defined below), pursuant to the budget attached to the Cash Collateral Agreement as **Exhibit "A"** and incorporated herein (the "Budget"). In no event shall the Debtor use any Cash Collateral to pay any items except as set forth in the Budget or as may be consented to in writing by Super G.

3. Super G is granted replacement liens on all the Debtor's post-petition assets in accordance with Paragraph 10 of the Cash Collateral Agreement.

4. Creditor R.R. Donnelly is granted replacement liens on all of the Debtor's post-petition assets, except any avoidance actions arising under Bankruptcy Code §§ 544, 545, 546, 547, 548, 549, 550 or any similar provisions of the Bankruptcy Code, to the same extent, validity and priority of R.R. Donnelly's pre-petition liens and security interests in Gospel Light's assets.

5. Provided R.R. Donnelly commences fulfillment services currently requested on behalf of the Debtor prior to close of business on August 14, 2015, the Debtor is authorized to pre-pay R.R. Donnelly (the "Fulfillment Payment") for all post-petition fulfillment services R.R. Donnelly performs on behalf of the Debtor. The Fulfillment Payment shall be paid in monthly installments of $60,000 starting August 15, 2015, with future payments paid on the 15th of each month during the 120 cash collateral period. To the extent that the Debtor incurs actual fulfillment expenses during a given period that are less than $60,000 per month, then any overcharge can be applied as a credit to the following month's payment. To the extent that the Debtor incurs actual fulfillment expenses during a given period that are more than $60,000 per month, then any shortfall

1 | shall be paid with the following month's payment.

2 | 6. A hearing for final approval of cash collateral use by the Debtor shall be held at 10:00 a.m. on September 22, 2015 at the United States Bankruptcy Court located at 1415 State Street, Courtroom 201, Santa Barbara, California 93101. Any written opposition to the Cash Collateral Motion must be filed and served no later than September 8, 2015. Any written reply in support of the Cash Collateral Motion must be filed no later than September 15, 2015.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: EMERGENCY MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR AN ORDER:
(1) AUTHORIZING USE OF CASH COLLATERAL ON AN INTERIM BASIS PURSUANT TO CASH COLLATERAL AGREEMENT WITH SUPER G FUNDING, LLC; (2) GRANTING REPLACEMENT LIENS; (3) SCHEDULING A FINAL HEARING ON PERMANENT USE OF CASH COLLATERAL; AND (4) AFTER HEARING, AUTHORIZING USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 14, 2015,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **August 14, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**CHAMBERS COPY**: Honorable Deborah J. Saltzman, U.S. Bankruptcy Court, 255 E. Temple St., Ste. 1334, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NONE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 14, 2015 | Victoria Castrellon | /s/ Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9021-1.2.BK.NOTICE.LODGMENT

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**ATTORNEY FOR DEBTOR**: Jeremy Faith   Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com

**ATTORNEY FOR OUST**: Brian D Fittipaldi   brian.fittipaldi@usdoj.gov

**ATTORNEY FOR CREDITOR SUPER G FUNDING, LLC**: Thomas M Geher   tmg@jmbm.com, we1@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

**ATTORNEY FOR CREDITOR SUPER G FUNDING, LLC**: John A Graham   jag@jmbm.com, jag@ecf.inforuptcy.com

**ATORNEY FOR CREDITOR RR DONNELLEY**: Steven T Gubner   sgubner@ebg-law.com, ecf@ebg-law.com

**ATTORNEY FOR DEBTOR**: Nina Z Javan   nina@marguliesfaithlaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com

**ATTORNEY FOR DEBTOR:** Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com

**ATTORNEY FOR CREDITOR VARILEASE FINANCE, INC.** Richard A Solomon    richard@sgsslaw.com

**OUST**: United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**