CRAIG G. MARGULIES (SBN 185925)
JEREMY W. FAITH (SBN 190647)
NINA Z. JAVAN (SBN 271392)
**MARGULIES FAITH, LLP**
16030 Ventura Boulevard, Suite 470
Encino, CA  91436
Telephone:  (818) 705-2777
Facsimile:  (818) 705-3777
Email:  Craig@MarguliesFaithLaw.com
Email: Jeremy@MarguliesFaithLaw.com
Email: Nina@MarguliesFaithLaw.com

[Proposed] Attorneys for Gospel Light Publications
Chapter 11 Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:15-bk-11586-PC |
| | Chapter 11 |
| GOSPEL LIGHT PUBLICATIONS, | **NOTICE OF BIDDING PROCEDURES, AUCTION AND SALE HEARING RE: DEBTOR'S PROPOSED SALE OF EQUITY INTEREST IN ZDL HOLDINGS, LLC** |
| Debtor and Debtor in Possession. | |
| | **Sale Hearing and Auction**:<br>Date:     September 22, 2015<br>Time:     10:00 a.m. PST<br>Place:    U.S. Bankruptcy Court<br>           1415 State Street, Ctrm. 201<br>           Santa Barbara, CA 93101 |

     **PLEASE TAKE NOTICE** that, on August 10, 2015, Gospel Light Publications, the above-captioned debtor and debtor in possession (the "<u>Debtor</u>") filed its "Emergency Motion for Order (1) Approving Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (2) Approving Bid Procedures for the Sale and Auction of Assets; and (3) Scheduling an Auction and Hearing to Consider the Sale and Approve the

1  Form and Manner of Notice Related Thereto" (the "Motion to Sell"),[1] and on August 24,

2  2015, the Bankruptcy Court entered its "Order (1) Approving Bid Procedures for the Sale

3  of Debtor's Equity Interest In ZDL Holdings, LLC; (2) Scheduling an Auction and Hearing

4  to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; and

5  (3) Granting Related Relief" (the "Bid Procedures Order").  Pursuant to the Motion to Sell,

6  the Debtor seeks, *inter alia*, the Bankruptcy Court's approval of the sale of its sixty-three

7  percent (63%) equity interest in ZDL Holdings, LLC, a North Carolina Limited Liability

8  Company (the "ZDL Asset") to either the proposed buyer, Pacific Resources International,

9  LLC ("PRI" or the "Purchaser"), or to the successful purchaser of the ZDL Asset at an

10 auction to take place at **10:00 a.m. PST on September 22, 2015** (the "Sale Hearing"),

11 free and clear of liens, claims, encumbrances and other interests.

12     This Notice provides the following summary of the Bid Procedures approved by the

13 Bid Procedures Order.  A copy of the Bid Procedures is attached hereto as **Exhibit "1"**.

14 In the event of any inconsistency or conflict between this Notice and the Bid Procedures

15 Order, the Bid Procedures Order shall control.

16                    **Brief Summary of Bid Procedures**

17     (i)     In order to participate in the bidding process, a person interested the ZDL

18 Asset (a "Potential Bidder") must first deliver (unless previously delivered) to the Debtor
   and its counsel, among other documents, an executed confidentiality agreement, proof of
19 ability to perform, and other documentation as the Debtor may reasonably request.

20     (ii)    The Debtor will provide Potential Bidders with reasonable access to its

21 books and records with respect to the ZDL Asset, key personnel, officers, accountants
   and legal counsel for the purpose of conducting due diligence.  The Debtor shall not be
22 required to provide confidential or proprietary information to a Potential Bidder if the
23 Debtor believes that such disclosure would be detrimental to the interests of the Debtor.
   The Debtor will designate an employee or other representative to coordinate all
24 reasonable requests for additional information and due diligence access from such
25 Qualified Bidders.

26

   ───────────────────

27     [1] Capitalized terms not otherwise defined herein shall have the same meaning as in the Motion to
   Sell and any exhibits thereto.

28

(iii)     The Debtor shall: (a) determine whether a Potential Bidder is a Qualified Bidder; (b) coordinate the efforts of Bidders in conducting their due diligence investigations, as permitted by the provisions above; (c) receive offers from Qualified Bidders; and (d) negotiate any offers made to purchase the ZDL Asset.

(iv)     The Bid Deadline is **September 8, 2015, at 4:00 p.m. (Pacific Time)**, or such other date as determined by the Debtor.

(v)     To be eligible to participate in the Auction, each Bid and each Qualified Bidder submitting such a Bid must be determined by the Debtor to satisfy each of the following, among other, conditions: (a) the Bidder must provide a Good Faith Deposit equal to $100,000.00; (b) the aggregate consideration must equal or exceed the sum of the Purchase Price proposed by the Purchaser, plus $10,000.00; (c) the Bid must be irrevocable until the earlier of (1) closing of the transaction with the Successful Bidder, or (2) the date that the Sale Order has become final and non-appealable; (d) the Bid must be on terms that, in the Debtor's business judgment, are substantially the same or better than the terms of the ZDL APA with PRI; (e) the Bidder must commit to close as soon as practicable after the date on which the Sale Order becomes final and non-appealable; and (f) the Bid may not be conditioned on obtaining financing or any internal approval or otherwise be subject to contingencies more burdensome than those in the ZDL APA, unless the Debtor in its discretion otherwise agrees.

(vi)     The Debtor will conduct an auction at the Sale Hearing to determine the highest and best bid with respect to the ZDL Asset in the event that there is a Qualified Bidder in addition to the Purchaser.  The Sale Hearing shall commence on **September 22, 2015 at 10:00 a.m. PST** at the United States Bankruptcy Court located at 1415 State Street, Santa Barbara, California 93101 in Courtroom 201.  If no higher and better offer is obtained at through the bid process and the Sale Hearing, then the Purchaser will be deemed the Successful Bidder, the ZDL APA will be the Successful Bid, and, at the Sale Hearing, the Debtor will seek approval of, and authority to consummate, the Sale contemplated by the ZDL APA.

(vii)     The Sale Hearing shall be conducted according to certain procedures including the following: (a) only a Qualified Bidder that has submitted a Qualified Bid is eligible to participate in the auction at the Sale Hearing.  During the Sale Hearing, bidding shall begin initially with the highest Baseline Bid (defined in the Bid Procedures Order) and subsequently continue in minimum increments of $5,000.00, or such other amount as determined by the Debtor. Except as otherwise set forth herein, the Debtor may conduct the auction in the manner it determines will result in the highest and best offer for the ZDL Asset. The Debtor may adopt additional rules for the auction at or prior to the Sale Hearing that, in its reasonable discretion, will better promote the goals of the auction.

(viii)   Upon conclusion of the bidding, the auction shall be closed, and the Debtor shall identify the highest and best offer for the ZDL Asset (the "Successful Bid") and the entity submitting such Successful Bid (the "Successful Bidder"), and identify the next highest or otherwise best offer after the Successful Bid (the "Back-up Bid") and the entity submitting the Back-up Bid (the "Back-up Bidder").  The Debtor shall sell the ZDL Asset to the Successful Bidder upon the approval of the Successful Bid by the Bankruptcy Court after the Sale Hearing.

## The ZDL APA with PRI

The following are the material terms of the proposed Sale to the Purchaser under the ZDL APA:

**(i)**   **Purchase Price:** $175,000.00.

**(ii)**   **Deposit**:  A deposit of $100,000 (the "Deposit") in immediately available funds delivered to the Debtor by the Bid Deadline.

**(iii)**   **Purchased Assets:** The Debtor's sixty-three percent (63%) membership interest in ZDL.

**(iv)**   **Closing of Transaction:** No later than the first business day after fourteen (14) calendar days following the entry of the order approving the Sale.

**(v)**   **Representations and Warranties**: Customary for a transaction of this kind. Except as specifically set forth in the ZDL APA, Purchaser will accept the ZDL Asset at the Closing "AS-IS," "WHERE-IS," and "WITH ALL FAULTS."

## The Sale Hearing

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will conduct a hearing (the "Sale Hearing") to consider the proposed sale of the Purchased Assets to the Purchaser or other Successful Bidder, as set forth in the Motion to Sell, to be held on at **10:00 a.m. PST on September 22, 2015**, before the Honorable Peter H. Carroll, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Central District of California, 1415 State Street, Courtroom 201, Santa Barbara, California. The Sale Hearing may be adjourned from time to time, without further notice.

1   **PLEASE TAKE FURTHER NOTICE** that the Bid Procedures annexed hereto shall
2   govern the bidding process and the auction of the ZDL Asset. Any person who wishes to
3   receive a copy of the Motion to Sell or the Bid Procedures Order shall make such request
4   in writing to Margulies Faith, LLP, 16030 Ventura Blvd., Ste. 470, Encino, California
5   91436, Attn: Craig G. Margulies.

6   ### Objections

7   Objections to the relief requested by the Motion to Sell (other than in respect to
8   the Bid Procedures and other relief previously granted by the Court in the Bid
9   Procedures Order) shall be set forth in writing and shall specify with particularity the
10  grounds for such objections or other statements of position, and shall be filed with the
11  Court by **4:00 p.m. (Pacific time) on September 8, 2015**, and shall be served so as to
12  be received by that same date and time on: (i) counsel for the Debtor, Margulies Faith,
13  LLP, 16030 Ventura Blvd., Ste. 470, Encino, California 91436, Attn: Craig G. Margulies;
14  (ii) counsel for the Purchaser, Blane & Wilson, PLLC, Attn: James L. Blane,  1057 E.
15  Morehead Street, Ste. 100, Charlotte, North Carolina 28204; (iii) counsel for the
16  Committee (if any); and (iv) the Office of the U.S. Trustee.

17  ### Closing

18  The closing of the Sale and the other transactions contemplated under the ZDL
19  APA shall occur in accordance with the terms and conditions of the ZDL APA.

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

NOTICE OF BIDDING PROCEDURES, AUCTION AND SALE HEARING RE: DEBTOR'S PROPOSED SALE OF
EQUITY INTEREST IN ZDL HOLDINGS, LLC - 5

**PLEASE TAKE FURTHER NOTICE** that all requests for information concerning the ZDL Asset and all requests for information concerning the Bid Procedures, should be directed in writing to Margulies Faith, LLP, 16030 Ventura Blvd., Ste. 470, Encino, California 91436, Attn: Craig G. Margulies, Esq..

Dated:  August 25, 2015                    **MARGULIES FAITH, LLP**

                                   By:    */s/ Nina Z. Javan*
                                          CRAIG G. MARGULIES
                                          JEREMY W. FAITH
                                          NINA Z. JAVAN
                                          [Proposed] Attorneys for Gospel Light
                                          Publications, Chapter 11 Debtor and
                                          Debtor in Possession

# EXHIBIT 1

1 | CRAIG G. MARGULIES (SBN 185925)
JEREMY W. FAITH (SBN 190647)
2 | NINA Z. JAVAN (SBN 271392)
**MARGULIES FAITH, LLP**
3 | 16030 Ventura Boulevard, Suite 470
Encino, CA 91436
4 | Telephone: (818) 705-2777
Facsimile: (818) 705-3777
5 | Email: Craig@MarguliesFaithLaw.com
Email: Jeremy@MarguliesFaithLaw.com
6 | Email: Nina@MarguliesFaithLaw.com

7 | [Proposed] Attorneys for Gospel Light Publications
8 | Chapter 11 Debtor and Debtor in Possession

9 |          **UNITED STATES BANKRUPTCY COURT**
          **CENTRAL DISTRICT OF CALIFORNIA**
10 |            **NORTHERN DIVISION**

11 | In re                                )
12 |                                      )    Case No.: 9:15-bk-11586-PC
                                      )
13 | GOSPEL LIGHT PUBLICATIONS,           )    Chapter:   11
                                      )
14 |                                      )
                                      )
15 |                                      )    **BID PROCEDURES**
        Debtor and Debtor in             )
16 |     Possession.                      )
                                      )
17 | _____)

18 |      Gospel Light Publications, as debtor and debtor in possession (the "Debtor"), has

19 | filed a chapter 11 case pending in the United States Bankruptcy Court for the Central

20 | District of California and administered under Case No. 9:15-bk-11586-PC. By motion

21 | dated August 10, 2015 (the "Motion to Sell"),[1] the Debtor sought, among other things,

22 | approval of the process and procedures set forth below (the "Bid Procedures") through

23 | which it will determine the highest and best offer for the Debtor's sixty-three percent (63%)

24 | equity interest in ZDL Holdings, LLC, a North Carolina Limited Liability Company (the

25 | "ZDL Asset"). At the hearing on August 13, 2015, the Bankruptcy Court approved the Bid

26 | Procedures.

27 |

28 | _____
[1] Capitalized terms not otherwise defined herein shall have the same meaning as in the Motion to Sell.

**EXHIBIT 1**                    **Page 7 of 16**

The Court further ordered that a hearing on the Motion to Sell shall take place on **September 22, 2015** at **10:00 a.m. PST**, during which the Bankruptcy Court shall conduct the Sale Hearing, where the Debtor shall seek entry of the Sale Order authorizing and approving the sale of the ZDL Asset (the "Sale") to the Purchaser or to one or more other Qualified Bidders, which offer (or offers) that the Debtor determines to constitute the highest and best offer.

## ZDL APA

On August 4, 2015, the Debtor entered into an asset purchase agreement titled "Ownership Interest Redemption Agreement" (the "ZDL APA") with Pacific Resources International, LLC ("PRI" or the "Purchaser"), pursuant to which the Purchaser proposes to acquire the ZDL Asset. Pursuant to the ZDL APA, the Purchaser will provide consideration for the ZDL Asset ($175,000.00) as provided in the ZDL APA (the "Purchase Price"). The transaction contemplated by the ZDL APA is subject to competitive bidding as set forth herein, and approval by the Bankruptcy Court pursuant to sections 105, 363 and 365 of Title 11 of the United States Code (the "Bankruptcy Code").

## Assets for Sale or Disposition

The Debtor is offering for sale the ZDL Asset as set forth in the ZDL APA. The ZDL Asset is the Debtor's sixty-three percent (63%) membership interest in ZDL Holdings, LLC, a North Carolina Corporation which does business in China publishing Christian literature and providing consulting services.

## Participation Requirements

In order to participate in the bidding process and to otherwise be considered for any purpose hereunder, a person interested in the ZDL Asset (a "Potential Bidder") must first deliver (unless previously delivered) to the Debtor and its counsel the following (the "Participation Requirements"):

1. Confidentiality Agreement. An executed confidentiality agreement in form and substance acceptable to the Debtor and its counsel (a "Confidentiality Agreement"); and

**EXHIBIT 1**                                    **Page 8 of 16**

2. <u>Proof of Ability to Perform</u>. Prior to or at the time of presentation of a Bid, written evidence that the Debtor reasonably concludes demonstrates the Potential Bidder has the necessary financial ability to close the contemplated transaction. Such information may include, *inter alia*, the following:

    a. the Potential Bidder's current bank statement evidencing proof of sufficient funds;

    b. contact names and numbers for verification of financing sources;

    c. evidence of the Potential Bidder's internal resources and proof of any debt or equity funding commitments that are needed to close the contemplated transaction;

    d. any such other form of financial disclosure or credit-quality support information or enhancement reasonably acceptable to the Debtor demonstrating that such Potential Bidder has the ability to close the contemplated transaction.

## Designation as Qualified Bidder

A "Qualified Bidder" is a Potential Bidder that delivers the documents described in subparagraphs 1 and 2 above (under the heading "Participation Requirements"), and that the Debtor determines is reasonably likely (i) to submit a *bona fide* offer that would result in greater cash value being received for the benefit of the Debtor's creditors than under the ZDL APA and (ii) to be able to consummate a sale if selected as a Successful Bidder.

Upon the receipt from a Potential Bidder of the information required under subparagraphs 1 and 2 above, the Debtor shall determine, in its sole discretion, whether the Potential Bidder is a Qualified Bidder and notify the Potential Bidder of the Debtor's determination.

The Purchaser (together with any assigns) is a Qualified Bidder and is deemed to satisfy all Bid Requirements (hereinafter defined).

## Access to Due Diligence Materials

The Debtor will provide Potential Bidders with reasonable access to its books and records as they relate to the ZDL Assets, key personnel, officers, accountants and legal

**EXHIBIT 1**                    **Page 9 of 16**

counsel for the purpose of conducting due diligence. The Debtor shall not be required to provide confidential or proprietary information to a Potential Bidder if the Debtor believes that such disclosure would be detrimental to the interests of the Debtor.  Only Potential Bidders that execute and deliver a Confidentiality Agreement are eligible to receive due diligence access or additional non-public information.  If the Debtor determines that a Potential Bidder that has satisfied the Participation Requirements does not constitute a Qualified Bidder, then such Potential Bidder's right to receive due diligence access or additional non-public information shall terminate.  The Debtor will designate an employee or other representative to coordinate all reasonable requests for additional information and due diligence access from such Qualified Bidders.  The Debtor is not responsible for, and will bear no liability with respect to, any information obtained by Qualified Bidders in connection with the sale of the ZDL Asset.

### Bidding Process

The Debtor and its advisors shall: (i) determine whether a Potential Bidder is a Qualified Bidder; (ii) coordinate the efforts of Bidders in conducting their due diligence investigations, as permitted by the provisions above; (iii) receive offers from Qualified Bidders; and (iv) negotiate any offers made to purchase the ZDL Asset (collectively, the "Bidding Process").  The Debtor shall have the right to adopt such other rules for the Bidding Process (including rules that may depart from those set forth herein) that will better promote the goals of the Bidding Process, including modifications to bidding requirements and applicable dates and deadlines.

### Bid Deadline

**The deadline for submitting bids by a Qualified Bidder shall be <u>September 8, 2015 at 4:00 p.m. (PST)</u> (the "<u>Bid Deadline</u>"), or such other date as determined by the Debtor.**

Prior to the Bid Deadline, a Qualified Bidder that desires to make an offer, solicitation or proposal (a "<u>Bid</u>") shall deliver written copies of its Bid by electronic mail to counsel for the Debtor, Margulies Faith, LLP, 16030 Ventura Blvd., Ste. 470, Encino,

**EXHIBIT 4**                    **Page 10 of 16**

California 91436, Attn: Craig Margulies, Craig@MarguliesFaithLaw.com.  A Bid received after the Bid Deadline shall not constitute a Qualified Bid.

### Bid Requirements

To be eligible to participate in the Auction, each Bid and each Qualified Bidder submitting such a Bid must be determined by the Debtor to satisfy each of the following conditions (the "Bid Requirements"):

Good Faith Deposit. Each Bid, other than a Bid submitted by the Purchaser, must be accompanied by a deposit (the "Good Faith Deposit") in the form of a certified check or cash payable to the order of the Debtor ("Gospel Light Publications, Debtor and Debtor in Possession") in an amount equal to one-hundred thousand dollars ($100,000.00), and delivered to counsel for the Debtor, Margulies Faith, LLP, 16030 Ventura Blvd., Ste. 470, Encino, California 91436.

Minimum Overbid. The consideration proposed by the Bid may include only cash and/or other consideration acceptable to the Debtor.  The aggregate consideration must equal or exceed the sum of the Purchase Price, plus $10,000.00 (the "Initial Minimum Overbid Increment").

Irrevocable. A Bid must be irrevocable until the earlier of (a) closing of the transaction with the Successful Bidder, or (b) the date that the Sale Order has become final and nonappealable (the "Termination Date").

The Same or Better Terms. The Bid must be on terms that, in the Debtor's business judgment, are substantially the same or better than the terms of the ZDL APA.  A Bid must include a commitment to close as soon as practicable after entry of the Sale Order.

Contingencies. A Bid may not be conditioned on obtaining financing or any internal approval or otherwise be subject to contingencies more burdensome than those in the ZDL APA, unless the Debtor in its discretion otherwise agrees.

Financing Sources. A Bid must contain written evidence of a commitment for financing or other evidence of the ability to consummate the sale satisfactory to the Debtor with appropriate contact information for such financing sources.

No Fees Payable to Qualified Bidder. A Bid may not request or entitle the Qualified Bidder to any break-up fee, termination fee, expense reimbursement or similar type of payment.  Moreover, by submitting a Bid, a Bidder shall be deemed to waive the right to pursue a substantial contribution claim under section 503 of the Bankruptcy Code related in any way to the submission of its Bid or the Bid Procedures.

EXHIBIT 1                    Page 11 of 16

A Bid received from a Qualified Bidder before the Bid Deadline that, in the Debtor's judgment, meets the above requirements and that satisfies the Bid Deadline requirement above shall constitute a "Qualified Bid." In the event that any Potential Bidder is determined by the Debtor not to be a Qualified Bidder, the Potential Bidder shall be refunded its Good Faith Deposit on or before the date that is seven (7) days after the entry of the Sale Order. The Debtor shall have the right to reject any and all bids that it believes do not comply with the Bid Procedures. For purposes hereof, the ZDL APA shall constitute a Qualified Bid and the Purchaser (together with any assigns) shall be deemed to be a Qualified Bidder that has satisfied all Bid Requirements.

**Auction**

The Debtor will conduct an auction at the Sale Hearing to determine the highest and best bid with respect to the ZDL Asset in the event that there is a Qualified Bidder in addition to the Purchaser.

No later than the day prior to the commencement of the Sale Hearing, the Debtor will notify all Qualified Bidders of (i) the highest and best Qualified Bid, as determined by the Debtor in its discretion (the "<u>Baseline Bid</u>"); and (ii) provide copies of all submitted bids to all Qualified Bidders. If no higher and better offer is approved at the Sale Hearing, then the Purchaser will be deemed the Successful Bidder, the ZDL APA will be the Successful Bid, and, at the Sale Hearing, the Debtor will seek approval of and authority to consummate the Sale contemplated by the ZDL APA.

If there is an auction at the Sale Hearing, it shall be conducted according to the following procedures:

***Participation at the Auction***

Only a Qualified Bidder that has submitted a Qualified Bid is eligible to participate at the Auction. During the auction, bidding shall begin initially with the highest Baseline Bid and subsequently continue in minimum increments of $5,000.00, or such other amount as determined by the Debtor. Except as otherwise set forth herein, the Debtor

**EXHIBIT 1**                    **Page 12 of 16**

may conduct the Auction in the manner it determines will result in the highest and best offer for the ZDL Asset.

### *The Debtor Shall Conduct the Auction*

The Debtor and its professionals shall direct and preside over the auction. At the start of the auction, the Debtor shall describe the terms of the Baseline Bid. The determination of which Qualified Bid constitutes the Baseline Bid shall take into account any factors the Debtor reasonably deems relevant to the value of the Qualified Bid to the estate (the "Bid Assessment Criteria"). All Bids made thereafter shall be "Overbids" and shall be made and received on an open basis, and all material terms of each Bid shall be fully disclosed to all other Qualified Bidders.  The Debtor reserves the right to conduct the auction in the manner designed to maximize value based upon the nature and extent of the Qualified Bids received.

### Additional Procedures and Modifications

The Debtor may adopt additional rules for the Auction at, or prior to, the Auction that, in its reasonable discretion, will better promote the goals of the Auction.  All such additional rules will be provided to each of the Qualified Bidders at the Auction.  Further, at or before the Sale Hearing, the Debtor may impose such other terms and conditions to the Sale and the Bid Procedures as the Debtor may reasonably determine to be in the best interest of the Debtor's estate, its creditors and other parties in interest.

The Debtor may (a) determine which Qualified Bid, if any, is the highest and best offer and (b) reject, at any time before entry of an order of the Bankruptcy Court approving a Qualified Bid, any Bid that is (i) inadequate or insufficient, (ii) not in conformity with the requirements of the Bankruptcy Code, the Bid Procedures, or the terms and conditions of sale, or (iii) contrary to the best interest of the Debtor, its estate and creditors.

### Consent to Jurisdiction as Condition to Bidding

All Qualified Bidders at the Sale Hearing shall be deemed to have consented to the core jurisdiction of the Bankruptcy Court and waived any right to a jury trial in connection

EXHIBIT 1    Page 13 of 16

with any disputes relating to the Auction, and the construction and enforcement of each Qualified Bidder's Contemplated Transaction Documents, as applicable.

### Closing the Auction

Upon conclusion of the bidding, the Auction shall be closed, and the Debtor shall (i) identify the highest and best offer for the Purchased Assets (the "Successful Bid") and the entity submitting such Successful Bid (the "Successful Bidder"), (ii) identify the next highest or otherwise best offer after the Successful Bid (the "Back-up Bid") and the entity submitting the Back-up Bid (the "Back-up Bidder"), and (iii) advise the Qualified Bidders of such determination.  Upon seven (7) days' prior notice by the Debtor, the Back-up Bidder selected by the Debtor must immediately proceed with the closing of the transaction contemplated by the Back-up Bid in the event that the transaction with the Successful Bidder is not consummated for any reason.  If the Purchaser's final bid is deemed to be highest and best at the conclusion of the Auction, the Purchaser will be the Successful Bidder, and such bid, the Successful Bid.

### Acceptance of Successful Bid

The Debtor shall sell the ZDL Asset to the Successful Bidder upon the approval of the Successful Bid by the Bankruptcy Court after the Sale Hearing.  The Debtor's presentation of a particular Qualified Bid to the Bankruptcy Court for approval does not constitute the Debtor's acceptance of such Qualified Bid.  The Debtor will be deemed to have accepted a Qualified Bid only when the Qualified Bid has been approved by the Bankruptcy Court at the Sale Hearing.  All interested parties reserve their right to object to the Debtor's selection of the Successful Bidder, and the Debtor reserves the right to contest any such objection, including on the ground that the objector lacks standing.

### "As Is, Where Is"

The sale of the ZDL Asset shall be on an "as is, where is" basis and without representations or warranties of any kind, nature, or description by the Debtor, its agents or its estate except to the extent set forth in the ZDL APA or the purchase agreement of another Successful Bidder.  The Purchaser and each Qualified Bidder shall be deemed to

**EXHIBIT 1**                    **Page 14 of 16**

acknowledge and represent that it has had an opportunity to conduct any and all due diligence regarding the ZDL Asset prior to making its offer, that it has relied solely upon its own independent review, investigation and/or inspection of any documents and/or the ZDL Asset in making its bid, and that it did not rely upon any written or oral statements, representations, promises, warranties or guaranties whatsoever, whether express, implied, by operation of law or otherwise, regarding the ZDL Asset, or the completeness of any information provided in connection therewith or the Auction, except as expressly stated in these Bid Procedures or, (i) as to the Purchaser, the terms of the sale of the ZDL Asset shall be set forth in the ZDL APA, or (ii) as to another Successful Bidder, the terms of the sale of the ZDL Asset shall be set forth in the applicable purchase agreement.

### Free of Any and All Interests

Except as otherwise provided in the ZDL APA or another Successful Bidder's purchase agreement and subject to the approval of the Bankruptcy Court, all of Debtor's right, title and interest in and to the ZDL Asset subject thereto shall be sold free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options and interests thereon and there against (collectively, the "Interests"), in accordance with section 363(f) of the Bankruptcy Code, with such Interests to attach to the net proceeds of the sale of the ZDL Asset.

### Sale Hearing

The Sale Hearing shall be conducted by the Bankruptcy Court at **10:00 a.m. PST on September 22, 2015**, before the Honorable Peter H. Carroll, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Central District of California, 1415 State Street, Courtroom 201, Santa Barbara, California. The Sale Hearing may be adjourned from time to time, without further notice.

If the Successful Bidder fails to consummate an approved sale by the Termination Date, the Debtor shall be authorized, but not required, to deem the Back-up Bid, as disclosed at the Sale Hearing, the Successful Bid, and the Debtor shall be authorized, but

**EXHIBIT 1**                    **Page 15 of 16**

1   not required, to consummate the sale with the Qualified Bidder submitting such Bid

2   without further order of the Bankruptcy Court.

3   **<u>Return of Good Faith Deposit</u>**

4         Any Good Faith Deposit of the Successful Bidder shall be applied to the purchase

5   price of such transaction at Closing.  Good Faith Deposits of Qualified Bidders other than

6   the Successful Bidder and Back-up Bidder shall be held in a non-interest-bearing account

7   until seven (7) days after entry of the Sale Order, and thereafter returned to the respective

8   bidders.  If a Successful Bidder (including any Back-up Bidder that has become the

9   Successful Bidder) fails to consummate an approved sale because of a breach or failure

10   to perform on the part of such Successful Bidder, the Debtor shall be entitled to retain the

11   Successful Bidder's Good Faith Deposit as its liquidated damages resulting from such

12   Successful Bidder's breach or failure to perform.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF BIDDING PROCEDURES, AUCTION AND SALE HEARING RE: DEBTOR'S PROPOSED SALE OF EQUITY INTEREST IN ZDL HOLDINGS, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 25, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **August 25, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

DEBTOR: Gospel Light Publications  1923 Eastman Avenue, Suite 200, Ventura, CA 93003-8085

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 25, 2015 | Victoria Castrellon | /s/ Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# ADDITIONAL SERVICE LIST (if needed):

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

**ATTORNEY FOR DEBTOR: Jeremy Faith**    Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com

**ATTORNEY FOR OUST: Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov

**ATTORNEY FOR CREDITOR SUPER G. FUNDING, LLC: Thomas M Geher**    tmg@jmbm.com,
we1@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

**ATTORNEY FOR CREDITOR SUPER G. FUNDING, LLC: John A Graham**    jag@jmbm.com, jag@ecf.inforuptcy.com

**ATTORNEY FOR CREDITOR RR DONNELLEY: Steven T Gubner**    sgubner@ebg-law.com, ecf@ebg-law.com

**ATTORNEY FOR DEBTOR: Nina Z Javan**    nina@marguliesfaithlaw.com,
Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com

**ATTORNEY FOR DEBTOR: Craig G Margulies**    Craig@MarguliesFaithlaw.com,
Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com

**ATTORNEY FOR CREDITOR VARILEASE FINANCE, INC.: Richard A Solomon**    richard@sgsslaw.com

**OUST: United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                        **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

| Twenty Largest Unsecured Creditors | | |
|---|---|---|
| VIA FIRST CLASS MAIL:<br>Bethany Press International<br>Attn: Peter Larson, Agent for Service of Process<br>6820 West 115th Street<br>Bloomington, MN 55438 | VIA FIRST CLASS MAIL:<br>Books Are Fun<br>Attn: National Registered Agents, Inc., Agent for Service of Process<br>500 E. Court Ave.<br>Des Moines, IA 50309 | Concordia Supply Company, Inc.<br>Attn: Steven Belko, Agent for Service of Process<br>10299 Trademark Street<br>Rancho Cucamonga, CA 91730 |
| VIA FIRST CLASS MAIL:<br>Data Storage Corporation<br>Attn: Charles M. Piluso, CEO<br>401 Franklin Avenue, Ste. 103<br>Garden City, NY 11530 | VIA FIRST CLASS MAIL:<br>Dell Financial Services<br>C/O Dell, Inc.<br>2711 Centerville Road, Ste. 400<br>Wilmington, DE 19808<br>Attn: CEO Michael S. Dell | VIA FIRST CLASS MAIL:<br>Dr. Neil Anderson<br>1768 Masters Drive<br>Franklin, TN 37064 |
| VIA FIRST CLASS MAIL AND EMAIL:<br>Eisneramper, LLC<br>Attn: Denise Finney, Director (NJ)<br>111 Wood Ave. South<br>Iselin, NJ 08830<br>Email: denise.finney@eisneramper.com | VIA FIRST CLASS MAIL:<br>Elmer L Towns Literary Trust<br>c/o: Elmer Towns<br>5000 Candlers Mountain Road<br>Lynchburg, VA 24502 | VIA FIRST CLASS MAIL AND EMAIL:<br>IBM Corporation<br>Attn: Virginia M. Rometty, CEO<br>New Orchard Road<br>Armonk, NY 10504<br>Attn: Bill Dimos, Bankruptcy Counsel<br>Email: bdimos@us.ibm.com |
| VIA FIRST CLASS MAIL:<br>Jim Burns<br>24331 Timothy Drive<br>Dana Point, CA 92629 | VIA FIRST CLASS MAIL:<br>Kidzmatter/K Magazine, Inc.<br>Attn: Ryan Frank, CEO<br>1 E Bode Road<br>Streamwood, IL 60107 | VIA FIRST CLASS MAIL:<br>Lake Book Manufacturing, Inc.<br>Attn: Bob Flatow, VP Finance<br>2085 N. Cornell Ave.<br>Melrose Park, IL 60160-1002 |
| VIA FIRST CLASS MAIL AND EMAIL:<br>Lightning Source, Inc.<br>C/O The Corporation Trust Company, Agent for Service of Process<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br>Attn: Debbie Jackson, CCE, Asst. VP, Credit Services<br>Email: Debbie.jackson@ingramcontent.com | VIA FIRST CLASS MAIL:<br>National Graphic Solutions<br>Attn: Peter Bach, Agent for Service of Process<br>2600 North Ballard Road<br>Appleton, WI 54911 | VIA FIRST CLASS MAIL:<br>Nielsen Soundscan<br>C/O The Nielson Company (US), LLC<br>Attn: Legal Dept.<br>85 Broad Street<br>New York, NY 10004 |
| VIA EMAIL AND NEF:<br>RR Donnelley & Sons Co.<br>C/O Ezra Brutzkus Gubner, LLP<br>Attn: Steven T. Gubner, Esq.<br>Email: sgubner@ebg-law.com | VIA FIRST CLASS MAIL AND EMAIL:<br>White, Zuckerman, Warsavsky<br>15490 Ventura Blvd., Suite 300<br>Sherman Oaks, CA 91403<br>Attn: Lucie Mahserejian<br>Email: lmahserejian@wzwlh.com | VIA FIRST CLASS MAIL AND EMAIL:<br>SHP Services<br>7430 North Lehigh Avenue<br>Niles, IL 60714<br>Attn: Adam Press, President<br>Email: apress@shpservicesinc.com |
| VIA EMAIL AND NEF:<br>Super G Funding , LLC (dba BizCash)<br>C/O Jeffer, Mangels, Butler & Mitchell, LLP<br>Attn; John Graham, Esq.<br>Email: JAG@JMBM.com | | |
| | | |

| Secured Creditors | | |
|---|---|---|
| VIA FIRST CLASS MAIL:<br>Dell Financial Services<br>C/O Dell, Inc.<br>2711 Centerville Road, Ste. 400<br>Wilmington, DE 19808 | VIA EMAIL AND NEF:<br>RR Donnelley & Sons Co.<br>C/O Ezra Brutzkus Gubner, LLP<br>Attn: Steven T. Gubner, Esq.<br>Email: sgubner@ebg-law.com | VIA EMAIL AND NEF:<br>Super G Funding , LLC (dba BizCash)<br>C/O Jeffer, Mangels, Butler & Mitchell, LLP<br>Attn; John Graham, Esq.<br>Email: JAG@JMBM.com |

| Attn: CEO Michael S. Dell<br>(Also an unsecured creditor) | (Also an unsecured creditor) | (Also an unsecured creditor) |
|---|---|---|
| VIA EMAIL AND NEF:<br>Varilease Finance, Inc.<br>C/O Solomon, Grindle, Silverman & Wintringer<br>Attn: Richard A. Solomon, Attorney for Creditor<br>Email: richard@sgsslaw.com | VIA FIRST CLASS MAIL:<br>Xerox Financial Services, LLC<br>Attn: Corporation Service Company, Agent for Service of Process<br>50 Weston St.<br>Hartford, CT 06120-1537 | |

| Other | | |
|---|---|---|
| VIA FIRST CLASS MAIL AND EMAIL:<br>Pacific Resources International, LLC<br>C/O Blane Wilson Law, PLLC<br>Attn: James L. Blane, Esq.<br>1057 E. Morehead St., Ste. 100<br>Charlotte, NC 28204<br>Attn: James L. Blane, Esq.<br>Email: jblane@blanewilsonlaw.com | VIA FIRST CLASS MAIL:<br>Office of the United States Trustee<br>Attn: Brian Fittipaldi<br>128 E. Carrillo St.<br>Santa Barbara, CA 93101 | VIA FIRST CLASS MAIL:<br>Chambers Copy<br>Hon. Peter H. Carroll<br>U.S. Bankruptcy Court<br>1415 State Street, Ste. 230<br>Santa Barbara, CA 93101 |
| VIA FIRST CLASS MAIL AND EMAIL:<br>Awana Clubs International<br>Attn: Gary Minta, CFO<br>1 E. Bode Road<br>Streamwood, IL 60107<br>Email: garym@awana.org | VIA FIRST CLASS MAIL:<br>Awana Clubs International<br>C/O Lexis Nexis Document Solutions, Agent for Service of Process<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | VIA FIRST CLASS MAIL:<br>David C. Cook Holdings, LLC<br>C/O National Registered Agents, Agent for Service of Process<br>1675 Broadway, Ste. 1200<br>Denver, CO 80202 |
| VIA FIRST CLASS MAIL AND EMAIL:<br>David C. Cook<br>Attn: Scott Miller, CFO<br>4050 Lee Vance View<br>Colorado Springs, CO 80918<br>Scott.miller@davidcook.com | VIA FIRST CLASS MAIL AND EMAIL:<br>Lifeway Global, Inc.<br>Attn: Mike White, Director of Finance<br>One LifeWay Plaza<br>Nashville, TN 37234<br>Mike.white@lifeway.com | VIA FIRST CLASS MAIL:<br>Lifeway Global, Inc.<br>Attn: Larry D. Cannon, Agent for Service of Process<br>One LifeWay Plaza<br>Nashville, TN 37234-0187 |
| VIA FIRST CLASS MAIL AND EMAIL:<br>The Moody Bible Institute of Chicago<br>Attn: Greg Thornton, Sr. VP – Media<br>820 N. LaSalle<br>Chicago, IL 60610<br>Greg.thornton@moody.edu | VIA FIRST CLASS MAIL:<br>The Moody Bible Institute of Chicago<br>C/O: National Corporate Research, L, Agent for Service of Process<br>600 South Second St., Ste. 404<br>Springfield, IL 62704 | VIA FIRST CLASS MAIL AND EMAIL:<br>Salem Media Group<br>Attn: David Evans, Division President<br>4880 Santa Rosa Road<br>Camarillo, CA 93012<br>davide@salem.cc |
| VIA FIRST CLASS MAIL:<br>Salem Media Group<br>C/O CSC-Lawyers Incorporating Service, Agent for Service of Process<br>2710 Gateway Oaks Dr., Ste. 150N<br>Sacramento, CA 95833 | | |